IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | § § § § | |
| vs. | § § | CASE NO: 4:01-CV-0704-E |
| EARL K. SNEED, aka<br>EARL KENNETH SNEED<br>Defendant. | § § § § | |

## AGREED JUDGMENT

IT IS ORDERED, ADJUDGED AND DECREED that the United States have judgment against the defendant, **Earl K. Sneed, aka Earl Kenneth Sneed**, for the sum of $ 4,335.06 as of **November 5, 2001** plus pre-judgment interest of $ 0.60 per day until date of judgment and post judgment interest thereon from date of this judgment at the rate of 2.17 % per annum, compounded annually until paid, and all cost of suit, for all of which Plaintiff may have its execution.

ENTERED this 26 day of Nov., 2001.

*[signature]*
Eldon B. Mahon
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND CONTENT**

Dated this 26 day of November, 2001.                Dated this 26 day of November, 2001.

RICHARD H. STEPHENS
UNITED STATES ATTORNEY

*[signature]*                                        *[signature]*

R. Wayne Hughes, Jr.                                 Earl K. Sneed aka Earl Kenneth Sneed
Assistant United States Attorney                     2725 W. Division, #36
State Bar No:   10234000                             Arlington, TX 76102
801 Cherry Street, Suite 1700
Fort Worth, Tx   76102
Phone: (817) 252-5200  Fax: (817) 978-6351

AGREED JUDGMENT - PAGE 1